**McCARTHY & HOLTHUS, LLP**   MADE JS-6
Matthew Podmenik, Esq. (SBN: 219364)
Melissa Robbins, Esq. (SBN: 246723)
Matthew Duarte, Esq. (SBN: 259477)
1770 Fourth Avenue
San Diego, CA 92101
Telephone:   (619) 685-4800
 Facsimile:   (619) 685-4811

Attorneys for Defendant,
Aurora Loan Services, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO MARTINEZ,<br><br>            Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICING;<br>GREEN TREE FINANCIAL<br>SERVICING CORPORATION;<br>QUALITY LOAN SERVICE<br>CORPORATION and DOES 1 through 50 inclusive,<br><br>            Defendants. | Case No. CV09-7834 GW (CWx)<br><br>**JUDGMENT**<br><br>Complaint Filed: October 2, 2009<br>Trial Date: None |

On December 21, 2009, the Court granted Defendant Aurora Loan Services, LLC ("AURORA")'s Motion to Dismiss Plaintiff GERARDO MARTINEZ ("PLAINTIFF")'s Complaint. The Court further allowed PLAINTIFF 20 days to file an amended complaint to cure the defects in the first Complaint. To date, PLAINTIFF has not filed an amended complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

1
**[*PROPOSED*]  JUDGMENT**

1  As PLAINTIFF has failed to amend his Complaint within the time allowed
2  by the Court, and for the reasons explained in AURORA's Motion to Dismiss, the
3  Court hereby DISMISSES THE CASE WITH PREJUDICE.
4  Further, in light of this Order, the Lis Pendens recorded by PLAINTIFFS in
5  the San Diego County Recorder's Office as Doc # 2009-0520122 is ORDERED
6  EXPUNGED.
7  SO ORDERED.

10 Dated: January 14, 2010        By: _____
                                       Hon. George H. Wu
                                       Judge of United States District Court

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1700 FOURTH AVEUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800  FACSIMILE (619) 685-4810

**McCARTHY & HOLTHUS, LLP**
Matthew Podmenik, Esq. (SBN: 219364)
Melissa Robbins, Esq. (SBN: 246723)
Matthew Duarte, Esq. (SBN: 259477)
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 685-4800
 Facsimile: (619) 685-4811

Attorneys for Defendant,
Aurora Loan Services, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO MARTINEZ,<br><br>                Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICING;<br>GREEN TREE FINANCIAL<br>SERVICING CORPORATION;<br>QUALITY LOAN SERVICE<br>CORPORATION and DOES 1 through<br>50 inclusive,<br><br>                Defendants. | Case No. CV09-2414 MMM(CTX)<br><br>**PROOF OF SERVICE** |

## DECLARATION OF SERVICE

I, Andrew Jones, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is 1770 Fourth Avenue, San Diego, California 92101.

I further declare that I am readily familiar with the business practice of McCarthy & Holthus, LLP for service of documents, that documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served

by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally are delivered the same day.

On January 15, 2010, I served the following document(s) to the persons listed below:

- **AMENDED NOTICE OF LODGING**
- **[PROPOSED] JUDGMENT**

Gary Lane, Esq.
Consumer Protection Legal Services, Inc.
2911 South Bristol Street
Santa Ana, CA 92704

*Attorney for Plaintiff*

in the following manner of service (check appropriate):

  __XX__  **BY ELECTRONIC SERVICE:** The documents listed above were electronically filed via this Court's CM/ECF filing system. Pursuant to Civil L.R. 5.4(c), all registered users were served with the documents by virtue of the Court's automatically generated Notice of Electronic Filing.

  __XX__  **BY MAIL:** I am a member of the Bar of this Court, and I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business, or if the documents to be served are electronically filed after the close of business, they are deposited with the U.S. Postal Service on the following day.

  _____  **BY FACSIMILE:** I transmitted all documents to all parties in this action by facsimile at the telephone number(s) indicated above and thereafter placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at the Law Offices of McCarthy & Holthus, LLP, San Diego, California.

1  I declare under penalty of perjury under the laws of the State of California,
2  that the foregoing is true and correct.  Executed on January 15, 2010 at San Diego,
3  California.
4
5                                                   By:_____
6                                                         Andrew Jones
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

3
**PROOF OF SERVICE**